Vanessa L. Holton, Chief Counsel SBN 111613
Frank Nelson Adkins, Asst. Chief Counsel SBN 60396
Therese da Luz, Counsel SBN 168486
Email: tdaluz@dir.ca.gov
Kumani L. Armstrong, Counsel, SBN 221109
Email: karmstrong@dir.ca.gov
State of California
Department of Industrial Relations
Office of Director – Legal Unit
455 Golden Gate Avenue, Suite 9516
San Francisco, CA 94102
Telephone No.: (415) 703-4240
Facsimile No.: (415) 703-4277

Attorneys for Defendant
DEPARTMENT OF INDUSTRIAL RELATIONS/DOSH

RECEIVED
2010 DEC 10 P 3:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 13 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH BERRY,<br><br>    Plaintiff,<br><br>v.<br><br>CA DEPT. OF INDUSTRIAL RELATIONS/DOSH,<br><br>    Defendant. | Civil Case No. CV-10-2775-BZ<br><br>[PROPOSED] ORDER DISMISSING PLAINTIFF'S EMPLOYMENT DISCRIMINATION COMPLAINT<br><br>Courtroom: G, 15th Floor<br>450 Golden Gate Avenue,<br>San Francisco, California<br><br>Judge: Magistrate Bernard Zimmerman<br><br>Complaint Filed: June 24, 2010 |

Defendant's Motion to Dismiss regularly came on calendar for hearing on October 27, 2010. Therese da Luz appeared for Defendant and moving party. Plaintiff appeared in forma pauperis. Both sides having presented written and oral argument, the matter was submitted for decision. After considering all arguments, this Court issued an Order on October 27, 2010, as follows (in relevant part): 1. DIR's motion to dismiss is granted with leave to amend; and 2. If Berry desires to proceed with this lawsuit, she must file an amended complaint by November 29,

1  2010. If plaintiff does not amend or otherwise comply with this Order by November 29, 2010, this
2  case will be dismissed.
3      Plaintiff has failed to amend the complaint by November 29, 2010, in noncompliance with
4  this Court's Order; GOOD CAUSE thus exists to dismiss plaintiff's employment discrimination
5  complaint in its entirety, ~~and with prejudice~~.
6      Plaintiff's employment discrimination complaint is hereby dismissed in its entirety, ~~and~~
7  ~~with prejudice.~~
8      The case management conference presently scheduled for January 24, 2011, at 4:00 p.m.
   is VACATED.

12  Dated: 13 Dec, 2010

HON. BERNARD ZIMMERMAN
U.S. Magistrate Judge

---

[PROPOSED] ORDER
DISMISSING PLAINTIFF'S EMPLOYMENT DISCRIMINATION COMPLAINT

Case No. CV-10-2775-BZ

–2–